# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY BELDEN, | Case No. 22-CV-1058 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| ST. CROIX COUNTY, ET AL., | |
| Defendants. | |

The Court has received the May 19, 2022 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 3.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 3) is ACCEPTED;

2. This matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 6, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge